Eastern District Of Wisconsin

| LINA POSADA | Case No.:2:19-CV-1267 |
| --- | --- |
| Plantiff | |
| v. | |
| ARTS PERFORMING CENTER, LLC % MICHAEL T REINDL, REG. AGENT | |
| Defendant | |

## AFFIDAVIT OF CORPORATE SERVICE

I, **Stacy Kratochvil** being duly sworn on oath, state I am an adult resident of Wisconsin. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2)

That on 9/29/2019 at 3:23 PM at 144 E Juneau Ave, Milwaukee, WI 53202 I served ARTS PERFORMING CENTER, LLC % MICHAEL T REINDL, REG. AGENT with the following list of documents: **SUMMONS & COMPLAINT; PROPOSED SUMMONS; CIVIL COVER SHEET** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with FELIPE RUIZ whose title is AUTHORIZED AGENT/MANAGER.

Final Results: 9/29/2019 at 3:23 PM

That the fee for this Service is $ 30.00

Subscribed and sworn before me, a Notary Public this 30th day of September, 2019

Ana L Lopez
Notary Public
My Commision expires on: 7/21/2023

Stacy Kratochvil
State Process Service, Inc
11430 West Bluemound Rd, 11
Wauwatosa, WI 53226
(414) 256-7000

Order #:P284538
Their File 2:19-CV-1267